Seth M. Lehrman (178303)
FARMER, JAFFE, WEISSING, EDWARDS,
FISTOS & LEHRMAN, P.L.
425 North Andrews Avenue, Suite 2
Fort Lauderdale, FL 33301
Telephone: 954-524-2820
Facsimile: 954-524-2822

Attorneys for Plaintiff
Ryoo Dental, Inc. d/b/a/ Ryoo Dental

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| RYOO DENTAL, INC. d/b/a RYOO DENTAL, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>OCO BIOMEDICAL, INC.,<br><br>　　　　　　　　Defendant. | CASE NO.  8:16-cv-01626-DOC-KES<br><br>Honorable David O. Carter<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint filed: September 2, 2016 |

　　　　Plaintiff, Ryoo Dental, Inc. d/b/a Ryoo Dental ("Plaintiff") through counsel, hereby advises the Court that the parties have reached a proposed classwide settlement. The Parties are preparing settlement documents and Plaintiff will thereafter file a motion requesting preliminary approval of the proposed settlement, pursuant to Rule 23(e).

Dated:  August 10, 2017

　　　　　　　　　　　　　FARMER, JAFFE, WEISSING,
　　　　　　　　　　　　　EDWARDS, FISTOS & LEHRMAN, P.L.

　　　　　　　　　　　　　By */s/ Seth M. Lehrman*
　　　　　　　　　　　　　　SETH M. LEHRMAN
　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　RYOO DENTAL, INC. d/b/a RYOO DENTAL

-1-

# PROOF OF SERVICE

Pursuant to L.R. 5-3.1.2, I hereby certify that I am over the age of 18 and not a party to this case. My business address is 425 N. Andrews Ave., Suite 2, Fort Lauderdale, Florida 33301. A true and correct copy of the foregoing document will be served on August 10, 2017, by First Class Mail and Electronic Mail on the people and/or entities listed below:

Joshua Briones (SBN 205297)
jbriones@mintz.com
Esteban Morales (SBN 273948)
emorales@mintz.com
MINTZ LEVIN COHN FERRIS
GLOVSKY AND POPEO, P.C.
2029 Century Park East, Suite 1370
Los Angeles, CA 90067
Telephone: 310 586 3200
Facsimile: 310 586 3202

*Attorneys for Defendant*
*OCO BIOMEDICAL, INC.*

By */s/ Seth M. Lehrman*
SETH M. LEHRMAN