# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. SA CV 16-1626-DOC (KESx)          Date: November 20, 2017

Title: RYOO DENTAL, INC. V. OCO BIOMEDICAL, INC.

PRESENT: The Honorable DAVID O. CARTER, U.S. District Judge

| Evelyn Synagogue | CourtSmart 11/20/2017 |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Adrian Bacon | Esteban Morales Fabila |

**PROCEEDINGS:** PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASS [32]

    Cause called and counsel make their appearances. The Court and counsel confer. The Court hears oral argument.

    Plaintiff's Motion for Preliminary Approval of Class Settlement and Certification of Settlement Class [32] is GRANTED and approved.

                                                                                              : 16

Initials of Clerk     es